■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY L. SMITH, Appellant. [23 NYS3d 922]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered December 2, 2013. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree and robbery in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Centra, Peradotto, Carni and Scudder, JJ.